JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SLACK,<br><br>       Plaintiff,<br>vs.<br><br>TINA M. CAHLAN, Trustee of the Tina M. Cahlan Separate Property Trust; and Does 1-10,<br><br>       Defendant. | **Case No.: 2:19-cv-03726-PA-MAA**<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 1, 2019<br>Trial Date:    March 31, 2020 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Michael Slack's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Tina M. Cahlan, Trustee of the Tina M. Cahlan Separate Property Trust ("Defendant").

Dated:  October 31, 2019

_____
Percy Anderson
United States District Judge

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE